HARRY ADLER, Appellant, *v.* LONG ISLAND RAILROAD COMPANY et al., Respondents.

Argued May 13, 1947; decided July 2, 1947.

*Harold Flatto* and *William Flatto* for appellant.

*Frederick Mellor, John C. Martin* and *William Butler* for respondents.

As to the defendant Long Island Railroad Company, judgment affirmed, with costs. Concur: LEWIS, THACHER, DYE and FULD, JJ. Dissent: LOUGHRAN, Ch. J., CONWAY and DESMOND, JJ.

As to the defendant Tully & Di Napoli, Inc., judgments reversed and a new trial granted, with costs to abide the event. Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. DYE, J., dissents and votes to affirm on the ground there is no common-law liability of this defendant under the authority of *Moore* v. *Wills, Inc.* (250 N. Y. 426) and *Iacono* v. *Frank & Frank Contracting Co.* (259 N. Y. 377).

A majority of the court is of opinion that subdivision 7 of section 241 of the Labor Law has no application to either defendant in the circumstances of this case. A majority of the court is of opinion that there was evidence of common-law negligence proper to be submitted to the jury as against the defendant Tully & Di Napoli, Inc.